UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------
TRUSTEES OF EMPIRE STATE
CARPENTERS ANNUITY,
APPRENTICESHIP, LABOR-MANAGEMENT    ADOPTION ORDER
COOPERATION, PENSION, and WELFARE    15-CV-2547 (ADS)(SIL)
FUNDS,
                Petitioners,
      -against-

PISGAH BUILDERS, INC.,
                Respondent.
---------------------------------------------------------X

**APPEARANCES:**

**Virginia & Ambinder LLP**
*Attorneys for the Plaintiffs*
40 Broad Street
7th floor
New York, NY 10004
     By: Charles R. Virginia, Esq.
         Nicole Marimon, Esq.
         Elina Burke, Esq., Of Counsel

**SPATT, District Judge**.

      On May 5, 2015, the Petitioners Trustees of Empire State Carpenters Annuity, Apprenticeship, Labor-Management Cooperation, Pension and Welfare Funds (collectively, the "Petitioners") commenced this action pursuant to Section 502 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132; Section 301 of the Labor Management Relations Act of 1947 ("LMRA"), 29 U.S.C. § 185; and Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9, seeking to confirm a January 22, 2015 Collection Award (the "Award") and Order rendered pursuant to a collective bargaining agreement between the Northeast Regional Council of Carpenters and Respondent Pisgah Builders, Inc. (the "Respondent").

On January 7, 2016, the Petitioners filed a motion for default judgment and in the alternative, to confirm an arbitration award.

On January 8, 2016, the Court referred the Petitioners' motion to United States Magistrate Judge Steven I. Locke for a recommendation as to whether the default judgment should be granted and, if so, whether damages should be awarded.

On June 23, 2016, Judge Locke issued a report (the "R&R") recommending that the Award be confirmed and Petitioners be awarded the outstanding amount of the award of $25,108.19 plus $2,507.87 in attorneys' fees and costs, for a total of $27,616.06.

It has been more than fourteen days since the service of the R&R, and the parties have not filed objections.

As such, pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result. See Coburn v. P.N. Fin., No. 13-CV-1006 (ADS) (SIL), 2015 WL 520346, at *1 (E.D.N.Y. Feb. 9, 2015) (reviewing Report and Recommendation without objections for clear error).

Accordingly, the R&R is adopted in its entirety. The Clerk of the Court is directed to enter judgment for the Petitioners in accordance with the R&R, and to close this case.

**SO ORDERED.**
Dated: Central Islip, New York
September 30, 2016

                                       _Arthur D. Spatt_
                                       ARTHUR D. SPATT
                                       United States District Judge